# PRESTON, WILKINS & MARTIN, P.L.L.C.
## ATTORNEYS AT LAW

JESSE T. WILKINS*
GREGORY R. PRESTON**
PAUL P. MARTIN***

65 BROADWAY
SUITE 508
NEW YORK, NEW YORK 10006

NEW JERSEY OFFICE
76 S. ORANGE AVENUE – SUITE 300
SOUTH ORANGE, NEW JERSEY 07079
(973) 763-0399
FAX (973) 763-4077

MEMBER NY, NJ & CT BARS*
MEMBER NY & NJ BARS**
MEMBER NY BAR***

(212) 809-0000
FAX (212) 809-4753

WWW.PWMESQS.COM

NEW JERSEY MAILING ADDRESS
P.O. BOX 421
HOBOKEN, NEW JERSEY 07030

September 15, 2005

The Honorable Kiyo Matsumoto
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Lennox Parris, et al.
Criminal Docket No. 05-636 (FB)

Dear Judge Matsumoto:

On September 8, 2005 this office appeared before your honor for a bail hearing for the above referenced defendant. At that time your Honor ordered the release of the defendants on the condition that nine individuals sign personal recognizance bonds in the amount of $400,000.00 and the defendants' family post two properties as secured collateral. The Court set a deadline of September 15, 2005 to show proof that the confessions of judgments have been filed.

A confession of judgment has been executed for the property in Queens and will be filed by 4:00 p.m. A confession of judgment has been drafted for the New Jersey property and the owners are scheduled to execute the document tonight. The confession will be available for the A.U.S.A.'s signature in court tomorrow. The delay in filing was due to the fact that there was some confusion as to the mechanism required to file a lien on the property, the Clerk of the Court in the District of New Jersey usually files the liens in these situations. In any event, I have spoken to the court clerk in New Jersey and was informed of the correct process and I will file the appropriate papers no later than Tuesday, September 20, 2005 with the Court's permission.

    I am respectfully requesting an extension to file the confession of judgment to Tuesday, September 20, 2005.

Respectfully submitted,

Paul P. Martin

cc: Clerk of Court
    Assistant U. S. Attorney Alyssa A. Qualls
    David N. McGruder, Esq.

Application to extend time to file the confession of judgment until 9/20/05 is GRANTED.

SO ORDERED.

U.S. M.J.
9.15.05